# Exhibit C

Case 1:26-cv-01665    Document 1-3    Filed 06/18/26    Page 2 of 3



Elon Musk, who's worth,

codiesanchez ✔

In this conversation, @morganhousel talks about the net worth where wealth stops buying happiness and starts buying... problems.

4 hours ago

Likes

37

36

Add comment...

